**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| OCWEN LOAN SERVICING, LLC | : | No. 149 MAL 2018 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| GHEORGHE FILIMON AND RODICA FILIMON | : | |
| | : | |
| | : | |
| PETITION OF: GHEORGHE FILIMON | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2018, the Application to Strike Supplemental Reproduced Record and the Petition for Allowance of Appeal are **DENIED**.